| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HERRICK, FEINSTEIN LLP<br>Steven B. Smith<br>Avery S. Mehlman<br>Rachel H. Ginzburg<br>2 Park Avenue<br>New York, NY 10016<br>(212) 592-1400<br>ssmith@herrick.com<br>amehlman@herrick.com<br>rginzburg@herrick.com<br><br>*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.* | |
| In re<br><br>BARIS A. KANTARCI,<br><br>　　　　　　　Debtor. | Case No. 20-23720-SLM<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |
| COSMOPOLITAN FOOD GROUP, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>BARIS A. KANTARCI,<br><br>　　　　　　　Defendant. | Adv. No. 21-01214 -SLM |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Cosmopolitan Food Group, Inc., plaintiff in the above-

1

HF 13721019v.2

captioned adversary proceeding. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> Herrick, Feinstein LLP
> Attn: Rachel H. Ginzburg, Esq.
> 2 Park Avenue
> New York, NY 10016

DOCUMENTS:

☒ -All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ -All documents and pleadings of any nature.

Dated: New York, New York
       March 23, 2021

**HERRICK, FEINSTEIN LLP**

*/s/ Rachel H. Ginzburg*
Rachel H. Ginzburg
2 Park Avenue
New York, NY 10016
(212) 592-1400
(212) 592-1500 (fax)
E-mail: rginzburg@herrick.com

*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.*