| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HERRICK, FEINSTEIN LLP<br>Steven B. Smith<br>Rachel H. Ginzburg<br>2 Park Avenue<br>New York, NY 10016<br>(212) 592-1400<br>ssmith@herrick.com<br>rginzburg@herrick.com<br>Attorneys for Plaintiff Cosmopolitan Food Group, Inc. | Case No.: 20-23720<br><br>Chapter: 7 |
| In Re:<br><br>BARIS A. KANTARCI,<br><br>Debtor. | Adv. No.: 21-01214<br><br>Hearing Date: 5/25/2021<br><br>Judge: Hon. Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, **Larisa Poretsky** :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Herrick, Feinstein LLP**, who represents **Cosmopolitan Food Group, Inc.** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **April 7, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Corporate Ownership Statement (Adv. Pro. ECF No. 7)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **4/8/2021**                    /s/ Larisa Poretsky
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Baris Kantarci<br>1500 Harbor Blvd, Apt 256<br>Weehawken, NJ 07086 | Debtor/Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yakov Rudikh<br>Rudikh and Associates<br>14 Woodward Drive<br>Old Bridge, NJ 08857 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yakov Rudikh<br>223 Route 18 South, Suite 204<br>East Brunswick, NJ 08816 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*