**Caption in Compliance with D.N.J. LBR 9004-1**

HERRICK, FEINSTEIN LLP
Steven B. Smith
Avery S. Mehlman
Rachel H. Ginzburg
2 Park Avenue
New York, NY 10016
(212) 592-1400
ssmith@herrick.com
amehlman@herrick.com
rginzburg@herrick.com

*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>BARIS A. KANTARCI,<br><br>Debtor. | Case No. 20-23720-SLM<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |
| COSMOPOLITAN FOOD GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>BARIS A. KANTARCI<br><br>Defendant. | Adv. No. 21-01214 |

**NOTICE OF REQUEST OF COSMOPOLITAN FOOD GROUP, INC.
FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BARIS A.
KANTARCI UNDER FED. R. BANKR. P. 7055 AND FED. R. CIV. P. 55(b)(2)**

HF 13839367v.1

**PLEAS TAKE NOTICE** that Cosmopolitan Food Group, Inc. ("CFG") has submitted a Request for Entry of Default Judgment Against Baris A. Kantarci Under Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(b)(2) (the "Request for Default").

**PLEASE TAKE FURTHER NOTICE** that in the event that the Court determines that a proof hearing on the Request for Default is required pursuant to D.N.J. LBR 7055-1(d), CFG will advise all parties of the date of such proof hearing.

**PLEASE TAKE FURTHER NOTICE** that, in the event that a proof hearing is held, CFG will rely upon this Notice, the *Certification in Support of Entry of Final Judgment by Default Against Defendant Baris A. Kantarci*, the *Memorandum of Law in Support of Entry of Judgment by Default Against Defendant Baris A. Kantarci*, and the proposed *Order Granting Request of Cosmopolitan Food Group, Inc. for the Entry of Default Judgment Against Defendant Baris A. Kantarci Pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P 55(b)(2)*.

Dated: New York, New York
June 11, 2021

**HERRICK, FEINSTEIN LLP**

*/s/ Steven B. Smith*
Steven B. Smith
Avery S. Mehlman
Rachel H. Ginzburg
2 Park Avenue
New York, NY 10016
(212) 592-1400
(212) 592-1500 (fax)
E-mail: ssmith@herrick.com
amehlman@herrick.com
rginzburg@herrick.com

*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.*

HF 13839367v.1