UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In re<br><br>BARIS A. KANTARCI,<br><br>Debtor. | Case No. 20-23720-SLM<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |
| COSMOPOLITAN FOOD GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>BARIS A. KANTARCI<br><br>Defendant. | Adv. No. 21-01214 |

**ORDER GRANTING REQUEST OF COSMOPOLITAN FOOD GROUP, INC. FOR THE ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BARIS A. KANTARCI PURSUANT TO FED. R. BANKR. P. 7055 AND FED. R. CIV. P. 55(b)(2)**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

This matter coming before the Court on the request (the "Request") of Cosmopolitan Food Group, Inc. ("CFG"), the plaintiff in the above-captioned matter, for the entry of default judgment against defendant Baris A. Kantarci ("Defendant") pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Rule 55(b) of the Federal Rules of Civil Procedures, and Rule 7055-1 of the Local Rules for the Bankruptcy Court for the District of New Jersey; and this Court having found that CFG's notice of the Request and opportunity for a hearing on the Request were appropriate and no other notice need be provided; and this Court having reviewed the Request, the *Certification in Support of Entry of Final Judgment by Default Against Defendant Baris A. Kantarci*, and the *Memorandum of Law in Support of Entry of Judgment by Default Against Defendant Baris A. Kantarci* (the "Memorandum of Law");[1] and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief granted under the Request; and upon all proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY FOUND AND DETERMINED THAT:**

A. This Court has jurisdiction over the Request under 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the District of New Jersey*, dated September 18, 2012. Consideration of the Request is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

B. Good and sufficient notice of the Request and the relief sought in the Request has been given under the circumstances, and no other or further notice is required, except as set forth herein. A reasonable opportunity to object and be heard regarding the relief provided herein has been afforded to Defendant.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Memorandum of Law.

HF 13839373v.1

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Request is GRANTED as set forth herein.

2. Judgment is entered in favor of CFG and against Defendant, determining that CFG's State Court Judgment, in the amount of $596,186.06, is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), and 523(a)(6).

HF 13839373v.1