**Caption in Compliance with D.N.J. LBR 9004-1**

HERRICK, FEINSTEIN LLP
Steven B. Smith
Zachary Denver (*pro hac vice* pending)
Rachel H. Ginzburg
2 Park Avenue
New York, NY 10016
(212) 592-1400
ssmith@herrick.com
zdenver@herrick.com
rginzburg@herrick.com

*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF JERSEY

| | |
|---|---|
| In re<br><br>BARIS A. KANTARCI,<br><br>Debtor. | Case No. 20-23720-SLM<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |
| COSMOPOLITAN FOOD GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>BARIS A. KANTARCI<br><br>Defendant. | Adv. No. 21-01214 |

**COSMOPOLITAN FOOD GROUP, INC'S WITNESS AND EXHIBIT LIST FOR PROOF HEARING SET ON SEPTEMBER 30, 2021**

Plaintiff Cosmopolitan Food Group, Inc. ("CFG") hereby respectfully submits the following Witness and Exhibit List in connection with the telephonic proof hearing (the "Proof Hearing") scheduled for September 30, 2021 at 10:00 a.m. (ET) before the Honorable Stacey L.

1

Meisel, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey (the "Court") in connection with the *Request of Cosmopolitan Food Group, Inc. for Entry of Default Judgment Against Defendant Baris A. Kantarci Under Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(b)(2)* [ECF No. 14].

## WITNESS LIST

CFG may call the following witnesses:

1. Gregory Tobias, General Manager of CFG. Some of Mr. Tobias's testimony will be confidential.
2. Any witness listed, offered, or called by any other party.
3. Any witness required for rebuttal or impeachment.

## EXHIBITS

CFG may introduce the following exhibits:

| Exhibit | Description | Redacted/Under Seal |
|---|---|---|
| A | Complaint by former employee against CFG and Kantarci | To be filed under seal. |
| B | Video related to complaint by former employee against CFG and Kantarci | To be filed under seal. |
| C | FDA Notice dated July 19, 2019 | Not applicable. |
| D | FDA Notice dated July 25, 2019 | Not applicable. |
| E | FDA Notice dated July 29, 2019 | Not applicable. |
| F | Judgment entered against Kantarci in state court action | Not applicable. |
| G | Certificate of Amount due filed in state court action against Kantarci (without exhibits) | Redacted as filed in state court. |
| H | Certification of Attorneys' Fees filed in state court action | Redacted as filed in state court. |
| I | Kantarci Bankruptcy Petition | Not applicable. |
| J | Order of Discharge in Kantarci Bankruptcy Case | Not applicable. |

CFG reserves the right to modify, amend, or supplement this Witness and Exhibit List at any time. CFG further reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned bankruptcy case or the above-captioned adversary proceeding, to offer rebuttal exhibits, and to supplement or

amend this Witness and Exhibit List at any time prior to or at the Proof Hearing. Designation of any exhibit above does not waive any objections CFG may have to any exhibit listed on any other party's exhibit list.

Dated: New York, New York
September 16, 2021

Respectfully submitted,

**HERRICK, FEINSTEIN LLP**

*/s/ Steven B. Smith*
Steven B. Smith
Zachary Denver (*pro hac vice* pending)
Rachel H. Ginzburg
2 Park Avenue
New York, NY 10016
(212) 592-1400
(212) 592-1500 (fax)
E-mail: ssmith@herrick.com
zdenver@herrick.com
rginzburg@herrick.com

*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.*

HF 14008536v.5