# <u>Exhibit C</u>

# United States Food and Drug Administration

Division of Southeast Imports

## Notice of FDA Action

Entry Number:    DP4-8287480-8

Notice Number:    1
July 19, 2019

Filer:

All-Ways Forwarding International Inc.          Attention:          HEATHER LACK
701 Newark Ave Ste 300
Elizabeth, NJ  07208-3560

>                                                                                                      <

Port of Entry:    5201, Miami, FL
Carrier:          CMA-CGM;
Date Received:    July 16, 2019
Arrival Date:     July 18, 2019

Importer Of Record: Cosmopolitan Food Group, Hoboken, NJ  07030-6064
Consignee:          Cosmopolitan Food Group, Hoboken, NJ  07030-6064

## HOLD ALL

## Notify FDA of Availability

Summary of Current Status of Individual Lines

| Line ACS/ACE/FDA | Product Description | Quantity | Current Status |
|---|---|---|---|
| 11/1 | ENERGY DRINKS | 1920 CS | Pending FDA Review 07-19-2019 |

* = Status change since the previous notice.  Read carefully the sections which follow for important information regarding these lines.

@ = Consignee ID

All products in this entry which have not been May Proceeded should be held intact and not distributed.  FDA will not request redelivery for examination or sampling if the products are moved, following Customs conditional release to a location within the local metropolitan area or to a location approved by the FDA office.

Notify FDA upon actual availability, and include  location and  location identifiers, where applicable, for all lines in this entry.

FDA's Import Trade Auxiliary Communication System (ITACS) is the preferred method for submission of information related to the availability of goods for FDA examination.  This submission will automatically link the information to the line designated for exam and will facilitate FDA's completion of examination.  ITACS may be accessed at https://itacs.fda.gov

(813) 915-7955
(813) 915-7977 (FAX)
JEAN.PEEPLES@FDA.HHS.GOV

Notice of FDA Action                                                    Notice Number: 1
Entry Number: DP4-8287480-8                                             Page: 2

Jean A. Peeples, Inspector
U.S. Food and Drug Administration
3550 Buschwood Park Dr., #230
Tampa, FL 33618

Notice Prepared For:  The Division Director, U.S. Food and Drug Administration
Notice Prepared By:   NGM

Notice of FDA Action                                                    Notice Number: 1
                                                                        Page: 2