# **Exhibit D**

## United States Food and Drug Administration

Division of Southeast Imports

### Notice of FDA Action

Entry Number:    DP4-8287480-8

Importer:
Cosmopolitan Food Group
50 Harrison St
Hoboken, NJ  07030-6064

Notice Number:    2
July 25, 2019

Port of Entry:    5201, Miami, FL
Carrier:          CMA-CGM;
Date Received:    July 16, 2019
Arrival Date:     July 18, 2019

Filer of Record:  All-Ways Forwarding International Inc., Elizabeth, NJ  07208-3560
Consignee:        Cosmopolitan Food Group, Hoboken, NJ  07030-6064

### HOLD DESIGNATED

Summary of Current Status of Individual Lines

| Line ACS/ACE/FDA | Product Description | Quantity | Current Status |
|---|---|---|---|
| 11/1 | ENERGY DRINKS | 1920 CS | Pending FDA Review 07-25-2019 |

\* = Status change since the previous notice. Read carefully the sections which follow for important information regarding these lines.

@ = Consignee ID

FDA will not request redelivery for examination or sampling, if the products not released by FDA are moved, following USCS conditional release to a location within the local metropolitan area or to a location approved by the FDA office at the number below.

All products in this entry not listed above may proceed without FDA examination. This notice does not constitute assurance the products involved comply with provisions of the Food, Drug, and Cosmetic Act or other related acts, and does not preclude action should the products later be found violative.

Devina K. Budhan, Investigator
U.S. Food and Drug Administration

(305) 816-1465
Devina.Budhan@FDA.HHS.GOV

Notice Prepared For:  The Division Director, U.S. Food and Drug Administration
Notice Prepared By:   NGM