# **<u>Exhibit E</u>**

# United States Food and Drug Administration

Division of Southeast Imports

## Notice of FDA Action

| | |
|---|---|
| Entry Number: DP4-8287480-8 | Notice Number: 3<br>July 29, 2019 |

Importer:
Cosmopolitan Food Group
50 Harrison St
Hoboken, NJ  07030-6064

| | |
|---|---|
| Port of Entry: | 5201, Miami, FL |
| Carrier: | CMA-CGM; |
| Date Received: | July 16, 2019 |
| Arrival Date: | July 18, 2019 |
| Filer of Record: | All-Ways Forwarding International Inc., Elizabeth, NJ  07208-3560 |
| Consignee: | Cosmopolitan Food Group, Hoboken, NJ  07030-6064 |

## HOLD DESIGNATED

### Summary of Current Status of Individual Lines

| Line ACS/ACE/FDA | Product Description | Quantity | Current Status |
|---|---|---|---|
| * 11/1 | ENERGY DRINKS | 1920 CS | Detained 07-26-2019 |

\* = Status change since the previous notice. Read carefully the sections which follow for important information regarding these lines.

@ = Consignee ID

FDA will not request redelivery for examination or sampling, if the products not released by FDA are moved, following USCS conditional release to a location within the local metropolitan area or to a location approved by the FDA office at the number below.

All products in this entry not listed above may proceed without FDA examination. This notice does not constitute assurance the products involved comply with provisions of the Food, Drug, and Cosmetic Act or other related acts, and does not preclude action should the products later be found violative.

## DETENTION

The following products are subject to refusal pursuant to the Federal Food Drug and Cosmetic Act (FD&CA), Public Health Service Act (PHSA), or other related acts in that they appear to be adulterated, misbranded or otherwise in violation as indicated below:

| Line ACS/ACE/FDA | Product Description | Respond By |
|---|---|---|