# <u>Exhibit F</u>

Avery S. Mehlman, Esq., Attorney ID No. 251072017
Jina Moon, Esq. Attorney ID No. 019552012
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000

*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.*

| | |
|---|---|
| COSMOPOLITAN FOOD GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> BARIS KANTARCI <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> HUDSON COUNTY: LAW DIVISION <br><br> DOCKET NO.:  HUD-L-004847-19 <br><br> CIVIL ACTION <br><br> **FINAL JUDGMENT BY DEFAULT AGAINST BARIS KANTARCI** |

Defendant Baris Kantarci ("Kantarci"), having been duly served with process and a copy of the Complaint in the above-captioned action, and having been defaulted for failure to answer, appear or otherwise move as to the Complaint; and Kantarci not being an infant or incompetent person; and plaintiff Cosmopolitan Food Group, Inc. ("Plaintiff") having filed a certification setting forth a particular statement of the items of the claim, including the amounts and dates, a calculation in figures of the amount of interest, the payments or credits, if any, and the net amount due;

FINAL JUDGMENT is on this 11th day of September , 2020, signed and entered in the sum of $ 484,825.76 , as of July 30 , 2020, plus attorneys' fees and costs in the amount of $111,360.30, as of July 30, 2020, ~~plus post-judgment interest on and after the date of this Judgment~~ in favor of plaintiff, Cosmopolitan Food Group, Inc., and against Defendant upon notice to all parties, for an Order entering default judgment in the above-captioned action; the defaulting party

has been properly served; the address for service has not changed; the time for defendant to answer

has expired and has not otherwise been extended; and it appearing that acknowledgement of

service have been filed herein; and it further appearing that no opposition to said application has

been filed; and for good cause shown;

IT IS on this ___11th___ day of __September_____, 2020,

ORDERED that default judgment is hereby entered against defendant Baris

Kantarci.

The court considered the courtesy copy and exhibits 1 through 4 and Exhibits A through M submitted for
in camera review.  Moving party fully
complied with R. 4:43-2.  This application
was unopposed.
Total amount of judgment is $596,186.06

_Mary K. Costello_
_____
HON. MARY J. COSTELLO, J.S.C.

MKC