# **<u>Exhibit H</u>**

Avery S. Mehlman, Esq., Attorney ID No. 251072017
Jina Moon, Esq. Attorney ID No. 019552012
HERRICK, FEINSTEIN LLP
One Gateway Center
Newark, New Jersey 07102
(973) 274-2000

*Attorneys for Plaintiff Cosmopolitan Food Group, Inc.*

|  |  |
|---|---|
| COSMOPOLITAN FOOD GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>BARIS KANTARCI<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>HUDSON COUNTY: LAW DIVISION<br><br>DOCKET NO.:  HUD-L-004847-19<br><br>CIVIL ACTION<br><br>**CERTIFICATION OF ATTORNEYS'<br>FEES** |

AVERY S. MEHLMAN, of full age, hereby certifies as follows:

1.     I am an attorney-at-law of the State of New Jersey and a partner with the firm of Herrick, Feinstein LLP ("Herrick"), attorneys of plaintiff Cosmopolitan Food Group, Inc. ("Plaintiff") in the above-captioned matter.  I make this Certification in support of Plaintiff's application for entry of Final Judgment by Default against Defendant Baris Kantarci ("Kantarci") in the above-captioned matter.

2.     The total amount of attorneys' fees and costs incurred in prosecuting this action on behalf of Plaintiff is the aggregate amount of $111,360.30 as of July 17, 2020, broken down as follows:

**Settlement of Sexual Harassment Lawsuit For Kantarci's Behavior**

A.     Attached hereto as Exhibit "A" is a copy of Invoice No. 342920, dated July 8, 2019, for legal services rendered through May 31, 2019, in the amount of $29,918.00, plus

expenses posted through May 31, 2019, in the amount of $70.86, for a total amount due of $29,988.86.

B.      Attached hereto as Exhibit "B" is a copy of Invoice No. 343500, dated July 24, 2019, for legal services rendered through June 30, 2019, in the amount of $12,217.50, plus expenses posted through June 30, 2019, in the amount of $2.52, less 10%, for a total amount due of $10,998.27.

C.      Attached hereto as Exhibit "C" is a copy of Invoice No. 345267, dated September 9, 2019, for legal services rendered through July 31, 2019, in the amount of $8,152.50, plus no expenses posted through July 31, 2019, for a total amount due of $8,152.50.

**Legal Services Rendered in Connection with the Above-Captioned Action**

D.      Attached hereto as Exhibit "D" is a copy of Invoice No. 345947, dated September 27, 2019, for legal services rendered through August 31, 2019, in the amount of $4,500.00, less 10%, plus no expenses posted through August 31, 2019, for a total amount due of $4,050.00.

E.      Attached hereto as Exhibit "E" is a copy of Invoice No. 348438, dated November 27, 2019, for legal services rendered through October 31, 2019, in the amount of $15,307.50, less 10%, plus expenses posted through October 31, 2019, in the amount of $122.34, for a total amount due of $13,899.09.

F.      Attached hereto as Exhibit "F" is a copy of Invoice No. 349188, dated December 17, 2019, for legal services rendered through November 30, 2019, in the amount of $10,432.50, less 10%, plus no expenses posted through August 31, 2019, for a total amount due of $9,389.25.

G.      Attached hereto as Exhibit "G" is a copy of Invoice No. 350536, dated January 28, 2020, for legal services rendered through December 31, 2019, in the amount of $10,342.50, less 10%, plus expenses posted through December 31, 2020, in the amount of $411.45, for a total amount due of $9,719.70.

H.      Attached hereto as Exhibit "H" is a copy of Invoice No. 351401, dated February 21, 2020, for legal services rendered through January 31, 2020, in the amount of $1,666.00, less 10%, plus expenses posted through January 31, 2020, in the amount of $6.53, for a total amount due of $1,505.93.

I.      Attached hereto as Exhibit "I" is a copy of Invoice No. 352335, dated March 16, 2020, for legal services rendered through February 29, 2020, less 10%, in the amount of $1,991.50, plus expenses posted through March 31, 2020, in the amount of $6.53, for a total amount due of $1,798.88.

J.      Attached hereto as Exhibit "J" is a copy of Invoice No. 353326, dated April 7, 2020, for legal services rendered through March 31, 2020, in the amount of $721.00, less 10%, plus expenses posted through March 31, 2020, in the amount of $6.53, for a total amount due of $655.43.

K.      Attached hereto as Exhibit "K" is a copy of Invoice No. 354493, dated May 13, 2020 for legal services rendered through April 30, 2020, in the amount of $1,320.00, less 10%, plus expenses posted through April 30, 2020, in the amount of $6.53, for a total amount due of $1,194.53.

L.      Attached hereto as Exhibit "L" is a copy of Invoice No. 355663, dated June 16, 2020 for legal services rendered through May 31, 2020, in the amount of $16,720.50, less 10%,

plus expenses posted through May 31, 2020, in the amount of $56.53, for a total amount due of $15,104.98.

  M. Attached hereto as Exhibit "M" is a copy of Invoice No.356585, dated July 17, 2020 for legal services rendered through June 30, 2020, in the amount of $5,051.50, less 10%, plus expenses posted through June 30, 2020, in the amount of $6.53, for a total amount due of $4,552.88.

  N. Attached hereto as Exhibit "N" is a copy of the court fees incurred by CFG in the above-captioned matter in the total amount of $350.

  3. The fees incurred represent charges based upon the hourly billing rates of (i) Avery S. Mehlman, a partner with the firm, at the rate of $675.00, Barbaros Karaahmet, a partner with the firm, at the rate of $750.00, Carol Goodman, a partner with the firm, at the rate of $725.00, Michelle M. Sekowski, a Counsel with the firm, at the rate of $565.00; Heather Robinson, a former associate with the firm, at the rate of $450.00; Jina Moon, an associate with the firm, at the rate of $480.00; and Teresa Barrett, a paralegal with the firm, at the rate of $290.00 per hour.

  4. I am a partner in Herrick's litigation department and was admitted to practice law in New Jersey in 2017.  My practice has consisted primarily of commercial litigation and employment law.  I am the attorney who has been primarily responsible for this matter, and the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, which is mentioned in the complaint.

  5. Barbaros Karaahmet is a partner in Herrick's real estate and corporate departments and serves as co-chair of Herrick's Turkish Practice Group.  His practice includes assisting Herrick's multinational and Turkish clients with domestic and cross-border corporate, financial, real estate and litigation matters.  Mr. Karaahmet is the relationship partner and provided assistance

to obtain the relief sought in this action, and in the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, which is mentioned in the complaint.

6.      Carol Goodman is a partner of and co-chair of Herrick's litigation department.  Her practice focuses on complex commercial litigation and employment law for public and private companies.  She provided assistance to obtain the relief sought in this action, and in the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, which is mentioned in the complaint.

7.      Michelle M. Sekowski is Counsel in Herrick's litigation department.  Her practice focused on complex commercial litigation and employment law.  She provided assistance to obtain the relief sought in this action, and in the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, which is mentioned in the complaint.

8.      Heather K. Robinson is a former of-counsel in Herrick's litigation department.  Her practice focused on complex commercial litigation and employment law.  She provided assistance to obtain the relief sought in this action, and in the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, which is mentioned in the complaint.

9.      Jina Moon is an associate in Herrick's litigation department.  Her practice focuses on complex commercial litigation and employment law.  She provided assistance to obtain the relief sought in this action, and in the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, which is mentioned in the complaint.

10.     Teresa M. Barrett is a litigation paralegal employed by Herrick. Ms. Barrett provided assistance to obtain the relief sought in this action, and in the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, which is mentioned in the complaint.

11.     Due to Kantarci's bad acts, Plaintiff is entitled to recover all reasonable attorneys' fees and the costs of collection.

12.     These services and disbursements were actually rendered by Herrick, and were reasonably necessary for the representation of Plaintiff in connection with the prosecution of this action, and the defense of CFG in the sexual harassment lawsuit stemming from Kantarci's actions, from April 2019 through the present.

13.     Herrick is a regional law firm with several offices, including offices in New York, New York and Newark, New Jersey. Herrick also maintains an office in Istanbul, Turkey.  Herrick has approximately 130 attorneys, and charges rates competitive with other peer firms of similar size, stature and experience.

14.     I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Avery S. Mehlman

Dated: July 30, 2020

# EXHIBIT A



Cosmopolitan Food Group, Inc.                    July 8, 2019
Ragip Arsan                                       Bill Number: 342920
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:    **Saccone**

Fees for legal services rendered through May 31, 2019          $29,918.00

Expenses posted through May 31, 2019                                70.86
                                                     _____
                        **TOTAL**                             **$29,988.86**
                                                     ===================

**Kindly return this page with your check**          Send wire payments to:
**payment to:**
Herrick, Feinstein LLP                    
2 Park Avenue
New York, NY 10016

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500



Re:   **Saccone**

Bill Number:  342920

Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 04/23/19 | BMK | | 1.00 |
| 04/24/19 | BMK | | 0.40 |
| 04/24/19 | CMG | | 0.50 |
| 04/27/19 | CMG | | 1.50 |
| 04/29/19 | BMK | | 0.30 |
| 04/29/19 | CMG | | 0.50 |
| 04/30/19 | AM | | 0.80 |
| 04/30/19 | CMG | | 2.50 |
| 04/30/19 | BMK | | 1.00 |
| 05/01/19 | CMG | | 0.40 |
| 05/02/19 | CMG | | 0.30 |
| 05/03/19 | BMK | | 0.40 |

 HERRICK

Re:   **Saccone**

Bill Number:  342920

Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/07/19 | AM | | 0.40 |
| 05/08/19 | AM | | 0.80 |
| 05/08/19 | CMG | | 1.50 |
| 05/08/19 | BMK | | 1.20 |
| 05/10/19 | CMG | | 0.40 |
| 05/13/19 | CMG | | 0.20 |
| 05/13/19 | BMK | | 0.40 |
| 05/14/19 | CMG | | 0.20 |
| 05/15/19 | CMG | | 0.60 |
| 05/15/19 | AM | | 0.40 |
| 05/16/19 | AM | | 0.30 |
| 05/16/19 | BMK | | 0.40 |



Re:    **Saccone**

Bill Number:  342920

Page 4

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/16/19 | CMG | | 0.30 |
| 05/17/19 | CMG | | 0.20 |
| 05/17/19 | BMK | | 0.30 |
| 05/17/19 | AM | | 0.70 |
| 05/17/19 | AM | | 0.70 |
| 05/18/19 | BMK | | 0.40 |
| 05/20/19 | BMK | | 0.40 |
| 05/20/19 | AM | | 0.40 |
| 05/21/19 | HR | | 0.30 |
| 05/22/19 | CMG | | 1.00 |
| 05/22/19 | HR | | 0.20 |
| 05/22/19 | AM | | 2.70 |



Re:    **Saccone**

Bill Number:  342920

███████████████████████

Page 5

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/22/19 | BMK | ███████████████ | 0.30 |
| 05/23/19 | AM | ███████████████ | 0.30 |
| 05/23/19 | CMG | ███████████████ | 0.70 |
| 05/23/19 | BMK | ███████████████ | 0.40 |
| 05/24/19 | AM | ███████████████ | 1.80 |
| 05/24/19 | BMK | ███████████████ | 0.40 |
| 05/24/19 | HR | ███████████████ | 2.90 |
| 05/28/19 | BMK | ███████████████ | 0.50 |
| 05/28/19 | CMG | ███████████████ | 2.00 |
| 05/29/19 | CMG | ███████████████ | 0.90 |
| 05/29/19 | HR | ███████████████ | 0.90 |



Re:    **Saccone**

Bill Number:  342920

Page 6

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/29/19 | BMK | | 0.90 |
| 05/29/19 | AM | | 1.40 |
| 05/30/19 | AM | | 1.10 |
| 05/30/19 | BMK | | 0.50 |
| 05/30/19 | CMG | | 1.50 |
| 05/30/19 | HR | | 0.90 |
| 05/31/19 | HR | | 0.40 |
| 05/31/19 | CMG | | 0.40 |
| 05/31/19 | AM | | 1.20 |

**Total**    **$29,505.00**



Re:   **Saccone**                                           Bill Number:  342920

Page 7

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| A. Mehlman | 13.00 | 675.00 | 8,775.00 |
| B. Karaahmet | 9.20 | 750.00 | 6,900.00 |
| C. Goodman | 15.60 | 725.00 | 11,310.00 |
| H. Robinson | 5.60 | 450.00 | 2,520.00 |
| | | **Total** | **$29,505.00** |

## MANAGING ATTORNEY'S OFFICE

| | |
|---|---|
| Docketing | 112.00 |
| Electronic/paper Filing | 192.00 |
| Reviewing/editing/drafting Doc | 109.00 |
| **Total** | **$413.00** |

| | |
|---|---|
| **Total legal services rendered** | **$29,918.00** |

## DISBURSEMENTS

| | |
|---|---|
| Online Research | 68.34 |
| Duplication | 2.52 |



Re:   **Saccone**

Bill Number:  342920

Page 8

**Total disbursements**          **$70.86**

# EXHIBIT B



Cosmopolitan Food Group, Inc.                          July 24, 2019
Ragip Arsan                                            Bill Number: 343500
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

Fees for legal services rendered through June 30, 2019            $12,217.50

Less 10% discount                                                 (1,221.75)

Expenses posted through June 30, 2019                                  2.52
                                                   _____
                        **TOTAL**                       **$10,998.27**



**Kindly return this page with your**              **Send wire payments to:**
**check payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500

 **HERRICK**

Re:    **Saccone**

Bill Number:  343500

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 06/03/19 | CMG | | 0.40 |
| 06/03/19 | AM | | 0.30 |
| 06/04/19 | CMG | | 0.50 |
| 06/06/19 | BMK | | 0.40 |
| 06/07/19 | AM | | 1.30 |
| 06/10/19 | BMK | | 0.50 |
| 06/11/19 | HR | | 2.10 |
| 06/12/19 | BMK | | 0.40 |
| 06/13/19 | AM | | 0.30 |
| 06/14/19 | AM | | 0.80 |
| 06/17/19 | BMK | | 0.80 |



Re:   **Saccone**                                                   Bill Number:  343500

                                                                   Page 3

| Date | Timekeeper | Description | Time |
| --- | --- | --- | --- |
| 06/17/19 | HR | | 3.50 |
| 06/19/19 | HR | | 0.60 |
| 06/19/19 | AM | | 1.90 |
| 06/19/19 | BMK | | 0.70 |
| 06/20/19 | BMK | | 0.50 |
| 06/21/19 | BMK | | 0.30 |
| 06/24/19 | AM | | 0.80 |
| 06/25/19 | AM | | 0.60 |
| 06/25/19 | HR | | 0.40 |
| 06/26/19 | AM | | 0.60 |
| 06/26/19 | BMK | | 0.50 |
| 06/27/19 | BMK | | 0.40 |



Re:    **Saccone**

Bill Number: 343500

Page 4

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 06/27/19 | AM | | 0.80 |
| 06/27/19 | HR | | 0.50 |

**Total**    **$12,217.50**

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| A. Mehlman | 7.40 | 675.00 | 4,995.00 |
| B. Karaahmet | 4.50 | 750.00 | 3,375.00 |
| C. Goodman | 0.90 | 725.00 | 652.50 |
| H. Robinson | 7.10 | 450.00 | 3,195.00 |
| | | **Total** | **$12,217.50** |
| | | Less 10% discount | (1,221.75) |

## DISBURSEMENTS

| Duplication | 2.52 |
|-------------|------|
| **Total disbursements** | **$2.52** |



Re:    **Saccone**                                      Bill Number:  343500

Page 5



# EXHIBIT C

 HERRICK

Cosmopolitan Food Group, Inc.                    September 9, 2019
Mr. Ragip Arsan                                  Bill Number: 345267
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

Fees for legal services rendered through July 31, 2019            $8,152.50
                                                         _____
                              **TOTAL**                          **$8,152.50**

**Kindly return this page with your check**               Send wire payments to:
**payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016



*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500



Re:    **Saccone**

Bill Number:  345267

Page 2

**LEGAL SERVICES**

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 07/01/19 | CMG | | 0.40 |
| 07/01/19 | AM | | 0.30 |
| 07/01/19 | BMK | | 0.60 |
| 07/02/19 | AM | | 0.20 |
| 07/02/19 | BMK | | 0.30 |
| 07/08/19 | BMK | | 0.00 |
| 07/09/19 | BMK | | 0.50 |
| 07/09/19 | AM | | 1.80 |
| 07/11/19 | BMK | | 0.00 |
| 07/11/19 | AM | | 0.70 |

 **HERRICK**

Re:   **Saccone**                                          Bill Number:  345267

                                                           ███████████████

                                                           Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 07/16/19 | BMK | | 0.00 |
| 07/16/19 | AM | | 0.80 |
| 07/16/19 | CMG | | 0.30 |
| 07/17/19 | CMG | | 0.40 |
| 07/18/19 | CMG | | 0.50 |
| 07/18/19 | AM | | 0.20 |
| 07/18/19 | BMK | | 0.30 |
| 07/19/19 | CMG | | 0.50 |
| 07/22/19 | BMK | | 0.50 |
| 07/22/19 | AM | | 0.20 |
| 07/23/19 | BMK | | 0.00 |
| 07/24/19 | BMK | | 0.00 |
| 07/25/19 | BMK | | 0.50 |



Re:  **Saccone**

Bill Number: 345267

Page 4

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 07/26/19 | BMK | | 0.50 |
| 07/29/19 | BMK | | 0.40 |
| 07/30/19 | BMK | | 0.40 |
| 07/30/19 | CMG | | 0.30 |
| 07/31/19 | BMK | | 0.50 |
| 07/31/19 | AM | | 0.30 |
| | | **Total** | **$8,152.50** |

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| A. Mehlman | 4.50 | 675.00 | 3,037.50 |
| B. Karaahmet | 4.50 | 750.00 | 3,375.00 |
| C. Goodman | 2.40 | 725.00 | 1,740.00 |
| | | **Total** | **$8,152.50** |



Re:    **Saccone**

Bill Number:  345267



Page 5

# EXHIBIT D

 HERRICK

Cosmopolitan Food Group, Inc.                    September 27, 2019
Mr. Ragip Arsan                                  Bill Number: 345947
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

Fees for legal services rendered through August 31, 2019          $4,500.00

Less 10% discount                                                   (450.00)
                                                        _____
                    **TOTAL**                              **$4,050.00**



**Kindly return this page with your check**
**payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Send wire payments to:

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500



Re:     **Saccone**                                    Bill Number:  345947

                                                       ████████████████████

                                                       Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 08/02/19 | BMK | ████████████ | 0.40 |
| 08/02/19 | AM  | ████████████ | 0.20 |
| 08/05/19 | BMK | ████████████ | 0.00 |
| 08/06/19 | BMK | ████████████ | 0.00 |
| 08/09/19 | AM  | ████████████ | 0.60 |
| 08/16/19 | BMK | ████████████ | 0.50 |
| 08/19/19 | BMK | ████████████ | 0.40 |
| 08/22/19 | BMK | ████████████ | 0.50 |
| 08/22/19 | AM  | ████████████ | 1.80 |
| 08/23/19 | BMK | ████████████ | 0.30 |
| 08/23/19 | AM  | ████████████ | 1.40 |


## HERRICK

Re:   **Saccone**

Bill Number: 345947

██████████████████

Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 08/28/19 | BMK | ████████████████ | 0.30 |

|  |  |
|--|--|
| **Total** | **$4,500.00** |

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| A. Mehlman | 4.00 | 675.00 | 2,700.00 |
| B. Karaahmet | 2.40 | 750.00 | 1,800.00 |
|  |  | **Total** | **$4,500.00** |
|  |  | Less 10% discount | (450.00) |



# EXHIBIT E

 HERRICK 

Cosmopolitan Food Group, Inc.                     November 27, 2019
Mr. Ragip Arsan                                   Bill Number: 348438
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:    **Saccone**

| | |
|---|---:|
| Fees for legal services rendered through October 31, 2019 | $15,307.50 |
| Less 10% discount | (1,530.75) |
| Expenses posted through October 31, 2019 | 122.34 |
| **TOTAL** | **$13,899.09** |

**Kindly return this page with your**                    Send wire payments to:
**check payment to:**
Herrick, Feinstein LLP                                
2 Park Avenue
New York, NY 10016

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500


**HERRICK**

Re:   **Saccone**

Bill Number:  348438

Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 09/04/19 | BMK | | 0.50 |
| 09/05/19 | BMK | | 0.40 |
| 09/09/19 | HR | | 0.60 |
| 09/09/19 | AM | | 1.80 |
| 09/09/19 | AM | | 0.20 |
| 09/09/19 | BMK | | 0.40 |
| 09/10/19 | BMK | | 0.80 |
| 09/10/19 | AM | | 0.90 |
| 09/11/19 | AM | | 0.30 |

 HERRICK

Re:  **Saccone**

Bill Number:  348438

Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 09/18/19 | BMK | | 0.40 |
| 09/18/19 | AM | | 0.60 |
| 10/01/19 | BMK | | 3.00 |
| 10/03/19 | BMK | | 0.50 |
| 10/04/19 | HR | | 0.20 |
| 10/07/19 | HR | | 0.20 |
| 10/08/19 | HR | | 0.20 |
| 10/08/19 | BMK | | 0.40 |
| 10/10/19 | HR | | 0.50 |



Re:     **Saccone**                                    Bill Number:  348438

████████████████████████

Page 4

| Date | Timekeeper | Description | Time |
|------|------------|-------------|------|
| 10/10/19 | HR | ████████ | 1.80 |
| 10/11/19 | HR | ████████ | 0.70 |
| 10/11/19 | BMK | ████████ | 0.30 |
| 10/14/19 | HR | ████████ | 0.40 |
| 10/15/19 | HR | ████████ | 0.50 |
| 10/15/19 | BMK | ████████ | 0.40 |
| 10/16/19 | BMK | ████████ | 0.30 |



Re:   **Saccone**

Bill Number: 348438

█████████████████████

Page 5

| Date | Timekeeper | Description | Time |
|------|------------|-------------|------|
| 10/16/19 | HR | ████████ | 0.30 |
| 10/18/19 | HR | ████████ | 1.70 |
| 10/21/19 | HR | ████████ | 0.40 |
| 10/21/19 | BMK | ████████ | 0.30 |
| 10/22/19 | BMK | ████████ | 0.40 |
| 10/22/19 | HR | ████████ | 0.60 |
| 10/23/19 | HR | ████████ | 0.60 |
| 10/23/19 | BMK | ████████ | 0.40 |
| 10/28/19 | HR | ████████ | 0.20 |



Re:    **Saccone**

Bill Number:  348438

Page 6

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 10/29/19 | HR | | 1.90 |
| 10/31/19 | HR | | 0.20 |
| 10/31/19 | AM | | 2.10 |



**Total**    **$15,307.50**

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| A. Mehlman | 5.90 | 675.00 | 3,982.50 |
| B. Karaahmet | 8.50 | 750.00 | 6,375.00 |
| H. Robinson | 11.00 | 450.00 | 4,950.00 |
| | | **Total** | **$15,307.50** |
| | | Less 10% discount | (1,530.75) |

## DISBURSEMENTS

| | |
|---|---|
| Document Processing | 120.00 |
| Duplication | 2.34 |
| **Total disbursements** | **$122.34** |



Re:     **Saccone**                                    Bill Number:  348438



Page 7

# EXHIBIT F

 **HERRICK**

Cosmopolitan Food Group, Inc.                          December 17, 2019
Mr. Ragip Arsan                                        Bill Number: 349188
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

Fees for legal services rendered through November 30, 2019         $10,432.50

Less 10% discount                                                 (1,043.25)
                                                        _____
                        **TOTAL**                                  **$9,389.25**



**Kindly return this page with your check**            Send wire payments to:
            **payment to:**
            Herrick, Feinstein LLP
            2 Park Avenue
            New York, NY 10016

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

 **HERRICK**

Re:   **Saccone**

Bill Number:  349188

████████████████████

Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|------------|-------------|------|
| 11/01/19 | HR | | 3.70 |
| 11/07/19 | BMK | | 0.80 |
| 11/07/19 | AM | | 2.80 |
| 11/08/19 | HR | | 0.30 |
| 11/11/19 | BMK | | 0.40 |
| 11/11/19 | AM | | 1.10 |
| 11/12/19 | HR | | 1.90 |
| 11/13/19 | HR | | 0.20 |
| 11/13/19 | BMK | | 0.80 |
| 11/13/19 | AM | | 3.60 |



Re:    **Saccone**

Bill Number:  349188

Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 11/14/19 | HR | | 0.40 |
| 11/21/19 | HR | | 0.30 |
| 11/25/19 | HR | | 0.20 |
| 11/26/19 | HR | | 1.40 |
| 11/26/19 | HR | | 0.20 |

**Total**    **$10,432.50**

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| A. Mehlman | 7.50 | 675.00 | 5,062.50 |
| B. Karaahmet | 2.00 | 750.00 | 1,500.00 |
| H. Robinson | 8.60 | 450.00 | 3,870.00 |



Re:    **Saccone**

Bill Number:  349188

Page 4

|  | **Total** | **$10,432.50** |
|---|---|---|
| | Less 10% discount | (1,043.25) |



# EXHIBIT G

 

Cosmopolitan Food Group, Inc.                          January 28, 2020
Mr. Ragip Arsan                                        Bill Number: 350536
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

| | |
|---|---|
| Fees for legal services rendered through December 31, 2019 | $10,342.50 |
| Less 10% discount | (1,034.25) |
| Expenses posted through December 31, 2019 | 411.45 |
| **TOTAL** | **$9,719.70** |



**Kindly return this page with your check**                    Send wire payments to:
**payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500



Re:   **Saccone**                                      Bill Number:  350536

Page 2

**LEGAL SERVICES**

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 12/03/19 | BMK | | 0.30 |
| 12/03/19 | AM | | 2.20 |
| 12/04/19 | AM | | 1.80 |
| 12/04/19 | HR | | 0.80 |
| 12/04/19 | BMK | | 0.80 |
| 12/05/19 | BMK | | 0.40 |
| 12/05/19 | AM | | 1.10 |
| 12/06/19 | AM | | 1.30 |
| 12/09/19 | AM | | 1.30 |
| 12/09/19 | BMK | | 0.30 |
| 12/11/19 | TMB | | 1.40 |
| 12/12/19 | TMB | | 0.30 |



Re:  **Saccone**                                    Bill Number:  350536

                                           Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 12/13/19 | HR | | 0.50 |
| 12/13/19 | BMK | | 0.40 |
| 12/13/19 | TMB | | 2.80 |
| 12/17/19 | BMK | | 1.00 |
| 12/18/19 | BMK | | 0.50 |
| 12/18/19 | HR | | 0.20 |
| 12/19/19 | BMK | | 0.40 |
| | | **Total** | **$10,207.50** |

**LEGAL SERVICES SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| A. Mehlman | 7.70 | 675.00 | 5,197.50 |
| B. Karaahmet | 4.10 | 750.00 | 3,075.00 |



Re: **Saccone**

Bill Number: 350536

Page 4

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| H. Robinson | 1.50 | 450.00 | 675.00 |
| T. Barrett | 4.50 | 280.00 | 1,260.00 |
| | | **Total** | **$10,207.50** |

**MANAGING ATTORNEY'S OFFICE**

| | | |
|---|---|---|
| Electronic/paper Filing | | 135.00 |
| | **Total** | **$135.00** |

| | |
|---|---|
| **Total legal services rendered** | **$10,342.50** |
| Less 10% discount | (1,034.25) |
| **Total** | **$9,308.25** |

**DISBURSEMENTS**

| | |
|---|---|
| Filing/recording/searches | 250.00 |
| Online Research | 161.45 |
| **Total disbursements** | **$411.45** |



Re:     **Saccone**

Bill Number:  350536

Page 5



# EXHIBIT H

 HERRICK

Cosmopolitan Food Group, Inc.                    February 21, 2020
Mr. Ragip Arsan                                  Bill Number: 351401
50 Harrison Street
Suite 311
Hoboken, NJ 07030


Re:    **Saccone**


    Fees for legal services rendered through January 31, 2020       $1,666.00

    Less 10% discount                                               (166.60)

    Expenses posted through January 31, 2020                           6.53

                         **TOTAL**                                $1,505.93


**Kindly return this page with your check**
**payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Send wire payments to:



*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500

 HERRICK

Re:   **Saccone**

Bill Number:  351401

Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 01/03/20 | HR | | 0.20 |
| 01/14/20 | HR | | 1.80 |
| 01/21/20 | BMK | | 0.40 |
| 01/22/20 | BMK | | 0.40 |

|  |  |
|--|--|
| **Total** | **$1,550.00** |

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| B. Karaahmet | 0.80 | 750.00 | 600.00 |

 HERRICK

Re:   **Saccone**                                     Bill Number:  351401

                                                    Page 3

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| H. Robinson | 2.00 | 475.00 | 950.00 |
| | | **Total** | **$1,550.00** |

**MANAGING ATTORNEY'S OFFICE**

| | |
|---|---|
| Docketing | 29.00 |
| Electronic/paper Filing | 58.00 |
| Reviewing/editing/drafting Doc | 29.00 |
| **Total** | **$116.00** |

| | |
|---|---|
| **Total legal services rendered** | **$1,666.00** |
| Less 10% discount | (166.60) |
| **Total** | **$1,499.40** |

**DISBURSEMENTS**

| | |
|---|---|
| Litigation Support Outsourced Service | 6.53 |
| **Total disbursements** | **$6.53** |



Re:   **Saccone**                                    Bill Number:  351401

Page 4



# EXHIBIT I

 

Cosmopolitan Food Group, Inc.                    March 16, 2020
Mr. Ragip Arsan                                  Bill Number: 352335
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

     Fees for legal services rendered through February 29, 2020     $1,991.50

     Less 10% discount     (199.15)

     Expenses posted through February 29, 2020     6.53

     **TOTAL**     **$1,798.88**

**Kindly return this page with your check payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Send wire payments to:



*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500



Re:    **Saccone**

Bill Number:  352335

Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 02/12/20 | HR | | 0.40 |
| 02/12/20 | BMK | | 0.40 |
| 02/13/20 | BMK | | 0.70 |
| 02/14/20 | BMK | | 0.50 |
| 02/18/20 | BMK | | 0.50 |
| 02/19/20 | HR | | 0.10 |
| 02/19/20 | BMK | | 0.20 |
| 02/26/20 | JM | | 0.10 |

|  |  | **Total** | **$1,991.50** |
|--|--|-----------|---------------|

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| B. Karaahmet | 2.30 | 750.00 | 1,725.00 |



Re:    **Saccone**

Bill Number:  352335

Page 3

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| H. Robinson | 0.50 | 475.00 | 237.50 |
| J. Moon | 0.10 | 290.00 | 29.00 |
| | | **Total** | **$1,991.50** |
| | | Less 10% discount | (199.15) |

**DISBURSEMENTS**

Litigation Support Outsourced Service                                6.53

**Total disbursements**        **$6.53**



# EXHIBIT J

 **HERRICK**

Cosmopolitan Food Group, Inc.                April 7, 2020
Mr. Ragip Arsan                              Bill Number: 353326
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

Fees for legal services rendered through March 31, 2020          $721.00

Less 10% discount                                                (72.10)

Expenses posted through March 31, 2020                             6.53
                                                          _____
          **TOTAL**                                             **$655.43**



**Kindly return this page with your**          Send wire payments to:
**check payment to:**
Herrick, Feinstein LLP                         
2 Park Avenue
New York, NY 10016

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500

 **HERRICK**

Re:   **Saccone**

Bill Number: 353326

Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 03/06/20 | JM | | 0.20 |
| 03/06/20 | JM | | 0.20 |
| 03/17/20 | BMK | | 0.50 |
| 03/19/20 | JM | | 0.10 |
| 03/19/20 | JM | | 0.10 |
| 03/26/20 | JM | | 0.10 |
| 03/27/20 | JM | | 0.10 |
| | | **Total** | **$607.00** |

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| B. Karaahmet | 0.50 | 750.00 | 375.00 |
| J. Moon | 0.80 | 290.00 | 232.00 |
| | | **Total** | **$607.00** |



Re:   **Saccone**                                Bill Number: 353326
                                                 File Number: 16093-0005
                                                 Page 3

## MANAGING ATTORNEY'S OFFICE

Docketing                                                            56.00
Procedural Advice - Federal, N                                      58.00
                                                           _____
                                    **Total**                  **$114.00**
                                                           _____


                                                           _____
                        **Total legal services rendered**      **$721.00**
                                   Less 10% discount             (72.10)
                                                           _____
                                    **Total**                  **$648.90**


## DISBURSEMENTS

Litigation Support Outsourced Service                                6.53
                                                           _____
                          **Total disbursements**                **$6.53**





Re:    **Saccone**                                      Bill Number:  353326

Page 4



# EXHIBIT K

 **HERRICK**

Cosmopolitan Food Group, Inc.                    May 13, 2020
Mr. Ragip Arsan                                  Bill Number: 354493
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

Fees for legal services rendered through April 30, 2020        $1,320.00

Less 10% discount                                              (132.00)

Expenses posted through April 30, 2020                            6.53
                                                         _____
                        **TOTAL**                             **$1,194.53**

**Kindly return this page with your check**           Send wire payments to:
**payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP ● Two Park Avenue ● New York, NY 10016 ● Phone: 212.592.1400 ● Fax: 212.592.1500



Re:    **Saccone**                                      Bill Number:  354493

                                                        ███████████████████

                                                        Page 2

**LEGAL SERVICES**

| Date | Timekeeper | Description | Time |
|------|------------|-------------|------|
| 04/04/20 | BMK | █████████ | 0.30 |
| 04/09/20 | JM | █████████ | 0.30 |
| 04/09/20 | JM | █████████ | 0.20 |
| 04/09/20 | JM | █████████ | 0.10 |
| 04/09/20 | JM | █████████ | 0.20 |
| 04/09/20 | BMK | █████████ | 0.30 |
| 04/22/20 | BMK | █████████ | 0.20 |
| 04/24/20 | JM | █████████ | 0.20 |
| 04/24/20 | JM | █████████ | 0.10 |
| 04/28/20 | JM | █████████ | 0.20 |
| 04/28/20 | JM | █████████ | 0.10 |

 **HERRICK**

Re:   **Saccone**

Bill Number: 354493

Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 04/30/20 | JM | Review default judgment motion samples. | 0.20 |

| | | | |
|--|--|--|--|
| | | **Total** | **$1,064.00** |

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| B. Karaahmet | 0.80 | 750.00 | 600.00 |
| J. Moon | 1.60 | 290.00 | 464.00 |
| | | **Total** | **$1,064.00** |

## MANAGING ATTORNEY'S OFFICE

| | | |
|--|--|--|
| Docketing | | 140.00 |
| Procedural Advice - Federal, N | | 116.00 |
| | **Total** | **$256.00** |

| | | |
|--|--|--|
| **Total legal services rendered** | | **$1,320.00** |
| Less 10% discount | | (132.00) |
| | **Total** | **$1,188.00** |



**HERRICK**

Re:    **Saccone**

Bill Number:  354493

Page 4

**DISBURSEMENTS**

Litigation Support Outsourced Service                                      6.53

_____

**Total disbursements**                **$6.53**



# EXHIBIT L

 

Cosmopolitan Food Group, Inc.       June 16, 2020
Mr. Ragip Arsan       Bill Number: 355663
50 Harrison Street
Suite 311
Hoboken, NJ 07030

Re:   **Saccone**

| | |
|---|---|
| Fees for legal services rendered through May 31, 2020 | $16,720.50 |
| Less 10% discount | (1,672.05) |
| Expenses posted through May 31, 2020 | 56.53 |
| **TOTAL** | **$15,104.98** |

**Kindly return this page with your
check payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

**Send wire payments to:**

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500



Re:     **Saccone**

Bill Number:  355663

Page 2

### LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/05/20 | JM | | 0.10 |
| 05/05/20 | JM | | 0.40 |
| 05/05/20 | JM | | 0.30 |
| 05/05/20 | JM | | 1.60 |
| 05/05/20 | BMK | | 0.30 |
| 05/05/20 | JM | | 0.20 |
| 05/06/20 | JM | | 0.30 |
| 05/06/20 | JM | | 0.10 |
| 05/06/20 | JM | | 0.20 |
| 05/06/20 | JM | | 0.30 |
| 05/07/20 | JM | | 0.60 |
| 05/07/20 | JM | | 0.30 |
| 05/07/20 | AM | | 2.80 |



Re:    **Saccone**

Bill Number:  355663

██████████████████████

Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/08/20 | JM | ████████ | 1.30 |
| 05/08/20 | AM | ████████ | 1.90 |
| 05/08/20 | JM | ████████ | 0.20 |
| 05/11/20 | JM | ████████ | 0.30 |
| 05/11/20 | JM | ████████ | 0.20 |
| 05/11/20 | JM | ████████ | 0.30 |
| 05/11/20 | JM | ████████ | 0.10 |
| 05/11/20 | JM | ████████ | 0.50 |
| 05/11/20 | JM | ████████ | 0.30 |
| 05/12/20 | JM | ████████ | 0.10 |
| 05/12/20 | JM | ████████ | 0.40 |



Re:    **Saccone**

Bill Number:  355663

████████████████████████

Page 4

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/15/20 | TMB | ████████████ | 1.10 |
| 05/15/20 | JM | ████████████ | 0.30 |
| 05/15/20 | JM | ████████████ | 2.80 |
| 05/18/20 | JM | ████████████ | 0.20 |
| 05/18/20 | JM | ████████████ | 0.90 |
| 05/18/20 | JM | ████████████ | 1.00 |
| 05/18/20 | TMB | ████████████ | 0.90 |
| 05/18/20 | AM | ████████████ | 3.10 |
| 05/18/20 | JM | ████████████ | 0.10 |
| 05/19/20 | AM | ████████████ | 1.10 |
| 05/19/20 | JM | ████████████ | 2.00 |



Re:   **Saccone**

Bill Number:  355663

Page 5

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 05/19/20 | JM | | 0.20 |
| 05/19/20 | JM | | 0.90 |
| 05/20/20 | JM | | 1.70 |
| 05/21/20 | BMK | | 0.40 |
| 05/27/20 | JM | | 0.40 |
| 05/27/20 | JM | | 0.20 |

**Total** **$16,314.50**

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| A. Mehlman | 8.90 | 695.00 | 6,185.50 |
| B. Karaahmet | 0.70 | 750.00 | 525.00 |
| J. Moon | 18.80 | 480.00 | 9,024.00 |
| T. Barrett | 2.00 | 290.00 | 580.00 |
| | | **Total** | **$16,314.50** |



Re:   **Saccone**                                   Bill Number:  355663

                                                    Page 6

### MANAGING ATTORNEY'S OFFICE

| | |
|---|---:|
| Procedural Advice - Federal, N | 145.00 |
| Research/retrieval - Including | 261.00 |
| **Total** | **$406.00** |

| | |
|---|---:|
| **Total legal services rendered** | **$16,720.50** |
| Less 10% discount | (1,672.05) |
| **Total** | **$15,048.45** |

### DISBURSEMENTS

| | |
|---|---:|
| Filing/recording/searches | 50.00 |
| Litigation Support Outsourced Service | 6.53 |
| **Total disbursements** | **$56.53** |



Re:    **Saccone**                                    Bill Number:  355663



Page 7

# EXHIBIT M

 **HERRICK**

FEDERAL ID: ███

Cosmopolitan Food Group, Inc.
Mr. Ragip Arsan
50 Harrison Street
Suite 311
Hoboken, NJ 07030

July 17, 2020
Bill Number: 356585
File Number: ███

Re:  **Saccone**

| | |
|---|---:|
| Fees for legal services rendered through June 30, 2020 | $5,051.50 |
| Less 10% Discount | (505.15) |
| Expenses posted through June 30, 2020 | 6.53 |
| **TOTAL** | **$4,552.88** |

**Kindly return this page with your check
payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Send wire payments to:



*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500



Re:    **Saccone**

Bill Number: 356585
File Number: ████████
Page 2

## LEGAL SERVICES

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 06/23/20 | JM | ████████ | 0.10 |
| 06/24/20 | AM | ████████ | 1.30 |
| 06/26/20 | JM | ████████ | 6.10 |
| 06/29/20 | JM | ████████ | 0.10 |
| 06/29/20 | JM | ████████ | 0.10 |
| 06/29/20 | JM | ████████ | 0.10 |
| 06/29/20 | JM | ████████ | 0.20 |
| 06/29/20 | MS | ████████ | 0.50 |
| 06/30/20 | MS | ████████ | 0.30 |

 **HERRICK**

Re:   **Saccone**

Bill Number: 356585
File Number: ███████
Page 3

| Date | Timekeeper | Description | Time |
|------|-----------|-------------|------|
| 06/30/20 | JM | ████████ | 0.10 |
| 06/30/20 | JM | ████████ | 0.40 |
| 06/30/20 | JM | ████████ | 0.30 |
| 06/30/20 | JM | ████████ | 0.20 |

| | **Total** | **$5,051.50** |
|---|---|---|

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| A. Mehlman | 1.30 | 695.00 | 903.50 |
| J. Moon | 7.70 | 480.00 | 3,696.00 |
| M. Sekowski | 0.80 | 565.00 | 452.00 |
| | | **Total** | **$5,051.50** |
| | | Less 10% Discount | (505.15) |

## DISBURSEMENTS

| Litigation Support Outsourced Service | 6.53 |
|---|---|
| **Total disbursements** | **$6.53** |



Re:    **Saccone**

Bill Number: 356585
File Number: ███████
Page 4



# EXHIBIT N

Courts Civil Case Ja HUD-L-004847-19    08/19/2020 7:49:28 PM  Pg 84 of 86  Trans ID: LCV20201463891  cketWeb/pages/civilC...

Case 21-01214-SLM    Doc 22-6    Filed 09/16/21 '  Entered 09/16/21 13:34:19    Desc
Exhibit H    Page 85 of 87

Judiciary eCourts System - Civil Part

- Home
- Help
- Logout

## CASE JACKET
User:AVERY MEHLMAN
### Docket Number: HUD L 004847 - 19

Back                                                    Create Summary Report

Case Caption: Cosmopolitan Food Gr Oup, Inc. Vs Kantarci Baris

| | | |
|---|---|---|
| Court: Civil Part | Venue: Hudson | Case Initiation Date: 12/13/2019 |
| Case Type: Employment (Other Than Cepa Or Lad) | Case Status: Active | Jury Demand: 6 Jurors |
| Case Track: 2 | Judge: Mary K Costello | Team: 2 |
| # of Discovery Days: 300 | Age of Case: 00 YR 06 MO | Consolidated Case: N |
| Original Discovery End Date: | Current Discovery End Date: | # of DED Extensions: 0 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: | Current Trial Date: | # of Trial Date Adjournments: 0 |
| Disposition Date: | Case Disposition: Open | Statewide Lien: |

| Plaintiffs (1) | Defendants (1) | Case Proceedings (2) | ACMS Documents (6) | Fees (6) |
|---|---|---|---|---|

| Date Filed | Trans Type | Document Type | Receipt Amount | Pay Type | Payment ID | Trans Number | Payor Last Name |
|---|---|---|---|---|---|---|---|
| 12/13/2019 FLF | C05 | | 250.00 | CG | 000140814 | Z000001 | COSMOPOLITAN FOOD GR |
| 01/15/2020 FLF | X86 | | 0.00 | NF | | Z000002 | KANTARCI |
| 03/17/2020 FLF | O52 | | 0.00 | NF | | Z000005 | COSMOPOLITAN FOOD GR |
| 03/18/2020 FLF | M52 | | 175.00 | CG | 000147087 | Z000003 | KANTARCI |
| 04/09/2020 FLF | X93 | | 50.00 | CG | 000140814 | Z000004 | COSMOPOLITAN FOOD GR |
| 07/09/2020 FLF | MN5 | | 50.00 | CG | 000140814 | Z000006 | COSMOPOLITAN FOOD GR |

Showing 1 to 6 of 6 entries

### Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 12/13/2019 | 📎 ✉ | Complaint with Jury Demand for HUD-L-004847-19 submitted by MEHLMAN, AVERY S, HERRICK FEINSTEIN, LLP on behalf of COSMOPOLITAN FOOD GROUP, INC. against BARIS KANTARCI | LCV20192302993 | 12/13/2019 |
| 12/14/2019 | 📎 ✉ | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20192307414 | 12/14/2019 |
| 01/15/2020 | 📎 ✉ | ACKNOWLEDGEMENT OF SERVICE submitted by MEHLMAN, AVERY, S of HERRICK FEINSTEIN, LLP on behalf of COSMOPOLITAN FOOD GROUP, INC. | LCV2020101083 | 01/15/2020 |

7/9/2020, 11:04 AM

Courts Civil Case Ja HUD-L-004847-19  08/19/2020 7:49:28 PM  Pg 85 of 86 Trans ID: LCV20201463891 :ketWeb/pages/civilC...

Case 21-01214-SLM    Doc 22-6    Filed 09/16/21 '  Entered 09/16/21 13:34:19    Desc

Exhibit H    Page 86 of 87

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 03/17/2020 | 📎 ✉ | against BARIS KANTARCI MOTION TO RELIEVE COUNSEL submitted by DEUTSCH, JON, SHELDON of JON S DEUTSCH on behalf of BARIS KANTARCI against COSMOPOLITAN FOOD GROUP, INC. | LCV2020549952 | 03/18/2020 |
| 03/24/2020 | ✉ | The motion filed on 03/17/2020 will be decided on 04/09/2020. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RELIEVE COUNSEL [LCV2020549952] | LCV2020592656 | 03/24/2020 |
| 04/07/2020 | ✉ | Oral argument has been granted. Hearing is scheduled on 04/09/2020 with Judge COSTELLO, MARY, K, Court Room 2A . re: MOTION TO RELIEVE COUNSEL [LCV2020549952] | LCV2020676002 | 04/07/2020 |
| 04/07/2020 | ✉ | **CLERK NOTICE**: re: MOTION TO RELIEVE COUNSEL [LCV2020549952] -Oral Argument 4/9/20 @12:00 - Dial In Instructions: 201-356-2666 Prompt Meeting Number 60270# Attendee Access Code 8342563 - Please provide your client with this information. | LCV2020676016 | 04/07/2020 |
| 04/09/2020 | 📎 ✉ | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by MOON, JINA of HERRICK FEINSTEIN, LLP on behalf of COSMOPOLITAN FOOD GROUP, INC. against BARIS KANTARCI | LCV2020691936 | 04/09/2020 |
| 04/09/2020 | ✉ | Oral argument has been granted. Hearing is rescheduled on 04/24/2020 with Judge COSTELLO, MARY, K, Court Room 2A. re: MOTION TO RELIEVE COUNSEL [LCV2020549952] | LCV2020693331 | 04/09/2020 |
| 04/21/2020 | ✉ | Oral argument has been granted. Hearing is scheduled on 04/24/2020 with Judge COSTELLO, MARY, K, Court Room 2A . re: MOTION TO RELIEVE COUNSEL | LCV2020748337 | 04/21/2020 |

Courts Civil Case Jac... HUD-L-004847-19 08/19/2020 7:49:28 PM Pg 86 of 86 Trans ID: LCV20201463891 ...ketWeb/pages/civilC...

Case 21-01214-SLM    Doc 22-6    Filed 09/16/21    Entered 09/16/21 13:34:19    Desc
Exhibit H    Page 87 of 87

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 04/21/2020 | ✉ | [LCV2020549952] **CLERK NOTICE**: re: MOTION TO RELIEVE COUNSEL [LCV2020549952] -CONFIRMING ORAL ARGUMENT 4/24/20 @ 2:30 PM. - CALL IN NUMBER: 201-356-2666 PROMPT MEETING CODE: 60270# ATTENDEE ACCESS CODE: 8342563- please provide your client with the call in information. | LCV2020748358 | 04/21/2020 |
| 04/24/2020 | 📎 ✉ | ORDER TO RELIEVE COUNSEL-Granted by Judge COSTELLO, MARY, K re: MOTION TO RELIEVE COUNSEL [LCV2020549952] | LCV2020786702 | 04/28/2020 |
| 07/09/2020 | 📎 ✉ | MOTION FOR PROTECTIVE ORDER submitted by MEHLMAN, AVERY, S of HERRICK FEINSTEIN, LLP on behalf of COSMOPOLITAN FOOD GROUP, INC. against BARIS KANTARCI | LCV20201192132 | 07/09/2020 |

Showing 1 to 13 of 13 entries